## Bletcher Creasey and others v. The St. George's Society of Detroit.

*Equity pleading and practice: Demurrer overruled: Decree: Leave to answer.* A decree entered immediately upon the overruling of a demurrer to the bill is premature and irregular; the proper practice in such case is to grant defendant leave to answer, and upon his failure within the time granted to answer, then to enter final decree.

*Decree: Case made by bill.* The bill being so uncertain and indefinite as to be demurrable on that ground, and the decree being broader than was warranted by the bill, a reversal is ordered, and the record remanded for further proceedings.

*Heard April 12. Decided April 18.*

Appeal in Chancery from Superior Court of Detroit.

This was a bill filed by three members of the defendant association, to enjoin such association from carrying out certain provisions of a new constitution, and of certain by-laws supplementary thereto, adopted by said society after it had been in existence for a considerable period, and which are alleged to be in violation of the statute (*S. L. 1871, p. 209*) under which the society was incorporated, and to constitute an unwarranted departure from the previous course of action of the society. A general demurrer to the bill was interposed and overruled, and thereupon a final decree passed for the complainants, and defendant appealed.

*Ward & Palmer,* for complainants.

*Walker & Kent,* for defendant.

CREASEY v. ST. GEORGE'S SOCIETY OF DETROIT.

MARSTON, J:

The proceedings in this cause were somewhat irregular. The decree was premature. The demurrer having been overruled, the defendant should have had leave to answer; failing in this, then a final decree might have been granted.

The decree is also objectionable in that it is too broad and not warranted by the bill, which is uncertain and indefinite. A demurrer to the bill for uncertainty would have been sustained. It is very evident that as the case now stands no proper relief can be granted.

The decree must be reversed, with costs, and the record remanded for further proceedings.

The other Justices concurred.